## MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337  FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER | Naproxen 500 mg 1 PO BID x 30d  11/4/16 | am |  |  |  |  |  | DK | KS | SM | PW | PK | PW | PW |  | VM |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  | pm |  |  |  |  |  | > | PP | PP | M | CD | CDD | PMH | BPP |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |

DATE OF BIRTH OR SOC. SEC. NO.: 3/27/02
ALLERGIES:
FACILITY:
CHARTING FOR: THROUGH:
DIAGNOSIS:
PATIENT NAME AND NUMBER: R. Chronister

Exhibit 12