Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

JAMES D. BUCHANAN,              )
     Plaintiff,            )
                              )
vs.                             ) No. 18-CV-171-RAW
                              )
TURN KEY HEALTH CLINICS,)
LLC, et al,                     )
     Defendant.            )


VIDEO DEPOSITION OF
MARSHALL DUGAN


DATE:  APRIL 11, 2019

REPORTER:  MARISA SPALDING, CSR, RPR


Spalding Reporting Service, Inc.
1611 South Utica Avenue, Box 153
Tulsa, Oklahoma 74104
(918) 284-2017

Exhibit 13

Electronically signed by Marisa Spalding (401-062-868-9834)       14a808e6-40ce-476f-80d7-5bfa0e83ed4b

Page 47

1    Mr. Buchanan, correct?

2        A    No, sir.

3        Q    Okay.  Would you agree that Mr. Buchanan

4    was moved from another cell block into the cell

5    block that you were in when you first

6    encountered him?

7        A    I'm not quite sure on where he came

8    from.

9        Q    Okay.  Do you know the date that

10   Mr. Buchanan came into your cell block -- the

11   cell block you were staying?

12       A    Not the exact date, no.

13       Q    Is it possible that he was in another

14   cell block for a few days before coming to meet

15   with you?

16       A    I'm not sure.

17       Q    Okay.  When you first saw Mr. Buchanan,

18   and according to the records that you were just

19   provided --

20            MR. YOUNG:  Are you looking for

21   this?

22            MR. MILLER:  Yeah, there we go.

23       Q    (By Mr. Miller)  -- we do see that you

24   were in the same cell block with him the first

25   time on the record provided here was November

Page 48

```
 1   7th, 2016, Dugan and Buchanan.  When you first
 2   see him, what kind of condition was he in?
 3        A    He was pretty bad off.
 4        Q    What does that mean?
 5             MR. SMOLEN:  Objection, asked and
 6   answered.
 7             THE WITNESS:  He just -- you could
 8   tell he was hurting.
 9        Q    (By Mr. Miller)  Did he tell you he was
10   hurting?
11        A    He didn't have to tell nobody he was
12   hurting.
13        Q    Okay.
14        A    He was --
15        Q    Specifically --
16             MR. SMOLEN:  Let him finish his
17   answer.
18             THE WITNESS:  He was just hard to
19   move, hard to get around.  I mean, you could see
20   it in his face he was hurting.
21        Q    (By Mr. Miller)  Okay.  Any particular
22   of his limbs that seemed to have a problem or --
23        A    His arms.
24        Q    Okay.
25        A    Shoulders.
```

Page 50

1    A    It got worse.
2    Q    Particularly, what happened?
3    A    Just less movement, more pain.  I mean,
4  that was pretty much it.
5    Q    On the day that he left the jail -- and
6  I think we're all in agreement is November
7  14th, 2016 -- was his condition worse than it
8  was when you first encountered him?
9    A    Yes, sir.
10   Q    How could -- how do you know that?
11   A    Just based off of one day the man can do
12  something.  The next day he can't.
13   Q    Okay.  What could he do that he couldn't
14  then do?
15   A    As far as his mobility, being able to
16  feed himself.
17   Q    Okay.
18   A    Urinating himself.  I mean...
19   Q    So you described one time that he
20  urinated himself on the last day, correct,
21  November 14th?
22   A    Pretty much.
23   Q    Okay.  Did you ever see him urinate
24  himself on any other occasion?
25   A    No.

Page 58

1  blew you off; is your testimony?
2      A   Yes, sir.
3      Q   Okay.  And blowing you off means they
4  just said what?
5      A   Had more important things to do.
6      Q   Okay.  Would you agree that nursing
7  staff are the ones that provided medication?
8              MR. SMOLEN:  Objection to the form.
9              THE WITNESS:  They're -- I'm pretty
10 sure it was.  There was a lady on the other side
11 of the bean hole.
12     Q   (By Mr. Miller) Okay.  And they would
13 come by twice a day to give medications, right?
14     A   I think so.
15     Q   Okay.  And you would agree -- I think
16 you already testified that Mr. Buchanan was
17 receiving medication, correct?
18     A   I think they were giving him something.
19     Q   Okay.  You saw him in line to get
20 medication?
21     A   Uh-huh.
22     Q   Yes?
23     A   Yes, sir.
24     Q   I think you testified that -- was he
25 standing --

Page 59

```
 1      A    Yeah.
 2      Q    -- at the bean hole?
 3      A    You have to get up and go up there for
 4   them to get the meds.
 5      Q    Okay.  So he gets to the bean pole, and
 6   I think you already testified they would
 7   actually physically put the medicine in his
 8   mouth?
 9      A    Uh-huh.
10      Q    Yes?
11      A    Yes, sir.
12      Q    Did you ever talk to nursing staff while
13   the medication was being provided?
14      A    No, I did not.
15      Q    Okay.  Did you hear Mr. Buchanan say
16   anything to nursing staff while medication was
17   being provided?
18      A    Every time.
19      Q    Every single time, yes?
20      A    Every time he'd go up there, he'd tell
21   them how he was hurting and needed help.
22      Q    And every single time nursing staff blew
23   him off; is that what you're saying?
24      A    Nobody ever come in to help him.
25      Q    Are you sure about that?
```

Page 62

1  that was also the 11th.  You would agree that's
2  an accurate representation of how he appeared on
3  the day of the 11th, right?
4     A   Yes, sir.
5         MR. SMOLEN:  Objection to the form.
6     Q   (By Mr. Miller)  Was he worse on the
7  11th than he was the first time you saw him, in
8  your -- in your opinion?
9     A   Yes, sir.
10    Q   Was he worse on the 14th, the day he
11 actually leaves, than he was in the video that
12 we just watched?
13    A   Yes, sir.
14    Q   Okay.  Were his legs something that got
15 worse towards the very end of his stay, in your
16 opinion --
17        MR. SMOLEN:  Object to the form.
18    Q   (By Mr. Miller)  -- based on what you
19 saw?
20    A   Yes, sir.
21    Q   Okay.  Did you ever personally talk to
22 any nursing staff about Mr. Buchanan?
23    A   No, sir.
24    Q   Is there a reason you didn't say
25 anything either at the time that he is getting

Page 63

1  the medication from the nurses or when Rosemary
2  Kotas sees him on the 11th?
3              MR. SMOLEN:  Objection to the form.
4              THE WITNESS:  No, because it's a
5  female in a male pod and you -- everybody just
6  can't go running up to them.  I mean...
7      Q   (By Mr. Miller) Okay.  You would agree
8  that Mr. Buchanan was seen by nursing staff to
9  provide him medication twice a day the whole
10 time he was there, right?
11             MR. SMOLEN:  Objection to the form.
12             THE WITNESS:  Come to the bean hole,
13 yes.
14     Q   (By Mr. Miller) Do you agree that some
15 inmates fake medical conditions?
16             MR. SMOLEN:  Objection to the form.
17             THE WITNESS:  I'm sure they probably
18 have.
19     Q   (By Mr. Miller) You -- you can't be
20 inside Mr. Buchanan's head, correct?  You don't
21 know how much pain he was really experiencing,
22 right?
23             MR. SMOLEN:  Objection to the form.
24             THE WITNESS:  Well, no.
25     Q   (By Mr. Miller) No one can know how

Page 68

1    Q   (By Mr. Miller)  My question is:  Was
2    Mr. Buchanan paralyzed completely as of November
3    11th, 2014?
4              MR. SMOLEN:  Objection.  It seeks --
5    it seeks a medical opinion outside the scope of
6    this --
7              THE WITNESS:  No.
8              MR. MILLER:  Okay.
9              MR. SMOLEN:  -- witness's education.
10   Q   (By Mr. Miller)  He was able to use his
11   legs as of November 11th, 2016, as far as you
12   could tell, correct?
13             MR. SMOLEN:  Objection to the form.
14             THE WITNESS:  A little bit.
15   Q   (By Mr. Miller)  Okay.  He also talks
16   about his plants and various other issues on
17   that video, correct?
18   A   Yes, sir.
19   Q   Talks about his bicycle on the video?
20   A   Yes, sir.
21   Q   Okay.  You heard him say that he can't
22   use his left arm and that he's about to lose the
23   use of his right arm on the video, correct?
24   A   Yes, sir.
25   Q   He didn't say anything about his legs,

Page 74

1  Q  We're almost done.  Do you know what
2  medication Mr. Buchanan was receiving?  Did he
3  ever mention that?
4  A  No, sir.
5  Q  The other inmates who were assisting
6  him, can you give me any descriptions of them,
7  kind of what they looked like, age, anything
8  like that?
9  A  No, sir.
10 Q  Okay.  You agree Charles Quick is one of
11 them, right?
12 A  Yes, sir.
13 Q  Other than that, you have no -- no
14 ability to tell me who they are; is that fair?
15 A  No, sir.
16 Q  Did you know any of them from prior?
17 A  No, sir.
18 Q  Did you ever fill out any sick call
19 requests, any actual written documents regarding
20 Mr. Buchanan's condition?
21 A  We didn't have access to no sick call
22 request forms or nothing.
23 Q  Okay.  So no?
24 A  No.
25 Q  Okay.  What was Mr. Buchanan sleeping

Page 77

1  staying with his mom.  Do you think that refers
2  to you?
3      A   Sounds like it.
4      Q   Mr. Buchanan described a -- a black
5  inmate who said something to him along the lines
6  of get out of my pod because I can't put up with
7  you -- a black inmate.  Does that ring any
8  bells?  Do you have any idea who that might be?
9      A   Don't know.
10     Q   You don't remember the names of the
11 particular guards you remember speaking with?
12 Do you remember the names of any of the guards
13 at all?
14     A   Not off the top of my head, no, no.
15         MR. MILLER:  I'll pass the witness.
16              CROSS-EXAMINATION
17 BY MR. YOUNG:
18     Q   Mr. Dugan, my name is Austin Young.  As
19 you heard earlier, I represent Turn Key Health
20 Clinics, and I represent Dr. William Cooper, and
21 I represent Nurse Katie McCullar.  I'll have
22 some follow-up questions for you now.  A lot
23 like Mr. Miller's -- I'm going to be skipping
24 around on topics a lot and I may take long
25 pauses in between to kind of collect myself as