IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

JAMES D. BUCHANAN,
    Plaintiff,

vs.                  No. 18-CV-171-RAW

TURN KEY HEALTH CLINICS,
LLC, et al,
    Defendant.


VIDEO DEPOSITION OF
ROB FRAZIER


DATE:  FEBRUARY 6, 2019

REPORTER:  MARISA SPALDING, CSR, RPR


Spalding Reporting Service, Inc.
1611 South Utica Avenue, Box 153
Tulsa, Oklahoma 74104
(918) 284-2017

Exhibit 14

Page 120

```
 1      Q    (By Mr. Artus)  Do you see that?
 2      A    Yes.
 3      Q    Now that's a sick call the next day,
 4  11/5/16, and his name is not on there, right,
 5  James Buchanan?
 6      A    That's correct.
 7      Q    So that would indicate, based on your
 8  testimony, that he didn't request to see anybody
 9  on that day, wouldn't it?
10           MR. SMOLEN:  Object to the form.
11           THE WITNESS:  Yes.
12      Q    (By Mr. Artus)  What number are we on,
13  5?
14      A    Yes.
15              (Defendant's Exhibit No. 5
16               marked for identification)
17      Q    I'll show you what I've marked as
18  Defendant's Exhibit No. 5.  It is also
19  Defendant's Exhibit 8 in plaintiff's deposition.
20  This one, there is a sick call where he's on for
21  the 6th, right, for shoulder pain, right?
22      A    Yes.
23      Q    But there's nothing about paralyzed or
24  anything of that nature, correct?
25      A    Correct.
```

Page 121

 1      Q   And, again, he's seeing a nurse two
 2   times a day, right, during this time?
 3              MR. SMOLEN:  Object to the form.
 4              THE WITNESS:  Yes.
 5              MR. SMOLEN:  No evidence of that.
 6              (Defendant's Exhibit No. 6
 7               marked for identification)
 8      Q   I'll show you what's marked as
 9   Defendant's Exhibit No. 6.  And that's a sick
10   call list on 11/10/16 and he's not on that list,
11   is he?
12      A   No.
13      Q   Which would indicate that he had --
14   didn't request to be on that list; isn't that
15   correct?
16              MR. SMOLEN:  Object to the form.
17              THE WITNESS:  Yes.
18      Q   (By Mr. Artus)  And I think plaintiff
19   talked to you -- now let me show you what's been
20   marked -- I'm marking as Defendant's Exhibit No.
21   7, which I think plaintiff's counsel may have
22   gone over with you, DDR 30 332.
23              (Defendant's Exhibit No. 7
24               marked for identification)
25      Q   That's the Daily Report from 11/10/16.

```
 1      Q   (By Mr. Artus)  And he was ultimately
 2   sent to the hospital; is that correct?
 3      A   Yes.
 4      Q   Now with regard to Turn Key, when you
 5   had them, they -- you -- you contracted with
 6   them because they were the medical provider; is
 7   that correct?
 8      A   Yes.
 9      Q   They had more medical knowledge than you
10   do; isn't that correct?
11      A   Yes.
12      Q   And so you rely on them if you aren't
13   sure, people in the jail aren't sure, to look at
14   them and say, Hey, they need to go to the
15   hospital or they don't need to go to the
16   hospital; isn't that correct?
17             MR. SMOLEN:  Object to the form.
18             THE WITNESS:  Yes.
19      Q   (By Mr. Artus)  Is it your policy at
20   your jail to provide medical care to inmates?
21      A   Yes.
22      Q   Somebody is not -- knows that somebody
23   has a serious medical condition and doesn't do
24   anything about it, would that be a violation of
25   that policy?
```

Page 125

```
 1      A    If they do not know?
 2      Q    No, if they know about a significant
 3   injury or a sig -- significant medical condition
 4   and they deliberately don't do something, is
 5   that a violation of policy?
 6      A    Yes.
 7      Q    There was some talk about these daily
 8   sheets.  Look at Defendant's Exhibit 7 at the
 9   bottom -- this language at the bottom.  Everyone
10   will be a runner and answer telephones and tend
11   to the front window as necessary, trash, mats,
12   jumpsuits removed from the detox, sweeping,
13   mopping and bathrooms cleaned daily.  Did you
14   see -- do you remember being asked about that?
15      A    Yes.
16      Q    That's on every single daily report,
17   isn't it?
18      A    Yes.
19      Q    And is that a reminder that, Hey, you
20   don't just do your job, you help out, we help
21   each other, we're a team; is that what that's
22   about?
23           MR. SMOLEN:  Object to the form.
24           THE WITNESS:  Yes.
25      Q    (By Mr. Artus)  Is there anything
```