Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

JAMES D. BUCHANAN,
    Plaintiff,

vs.   No. 18-CV-171-RAW

TURN KEY HEALTH CLINICS,
LLC, et al,
    Defendant.

VIDEO DEPOSITION OF
LOYD BICKEL

DATE:  JULY 3, 2019

REPORTER:  MARISA SPALDING, CSR, RPR

Spalding Reporting Service, Inc.
1611 South Utica Avenue, Box 153
Tulsa, Oklahoma 74104
(918) 284-2017

Exhibit 22

Electronically signed by Marisa Spalding (401-062-868-9834)   78009f8f-b558-4b29-8fff-2d33a0a1a549

```
                                                            Page 108
 1      Q    I think you described that it was your idea        12:47
 2 really that a private contractor be brought in for
 3 providing medical care, correct?                              12:47
 4      A    Correct.
 5      Q    Why did you want a private contractor brought      12:48
 6 in?
 7      A    I wanted -- excuse me -- I wanted 24-hour          12:48
 8 service and I wanted better trained -- medically
 9 trained employees from a -- from a medical provider          12:48
10 which would work better for us and the people of that
11 community.                                                   12:48
12      Q    So you specifically wanted a 24-hour
13 coverage?                                                    12:48
14      A    Yes.
15      Q    And that proposal that you saw where it was       12:48
16 20, a second option was given where it was 24?
17      A    Correct.                                           12:48
18      Q    Do you recall specifically suggesting 20 is
19 not good enough; I need 24?                                   12:48
20      A    I know -- I know with it -- you know, by
21 looking at that and surmising today is the fact that         12:48
22 they just provided some options to look at, but I
23 remember wanting 24 to do the -- the intake -- the           12:49
24 first intake with the inmate coming into the jail.
25      Q    And according to the contract -- or two           12:49
```

Page 109

1   contracts while you were there -- it was 24-hour                12:49
2   coverage, correct?
3       A    Correct.                                               12:49
4       Q    And the other contract from March of 2017 in           12:49
5   which the coverage dropped, that was after you left,            12:49
6   correct?
7       A    Correct.                                               12:49
8       Q    Is there any kind of requirement in the State          12:49
9   of Oklahoma Jail Standards, as far as you know, that            12:49
10  there be 24-hour a day medical coverage?
11      A    It does not talk about medical coverage.               12:49
12      Q    So you were going beyond the jail standards?           12:49
13      A    Correct.                                               12:49
14      Q    And, in fact, even beyond one of the options           12:49
15  that Turn Key provided you?                                     12:49
16      A    Correct.
17      Q    You picked the higher option, the better               12:49
18  option?
19           MR. SMOLEN:  Objection to the form.                    12:49
20           THE WITNESS:  Correct.
21      Q    (By Mr. Miller)  Moreover, I think you                 12:49
22  described the training.  Is it your understanding that
23  even a -- and an RN is better trained than your                 12:50
24  average jail -- jailer detention officer on medical
25  care?                                                           12:50

```
                                                       Page 110
 1    A    Correct.                                         12:50
 2    Q    How about even an LPN?
 3              MR. SMOLEN:  Objection to the form.         12:50
 4    Q    (By Mr. Miller)  Are they better?
 5              MR. SMOLEN:  It's all speculation.          12:50
 6              THE WITNESS:  Correct.
 7    Q    (By Mr. Miller)  Are most of your jailers,       12:50
 8  are they LPN's or RN's?
 9    A    No.                                              12:50
10    Q    Do you believe that your jailers are
11  generally entitled to rely on medical opinions of       12:50
12  better trained RN's or LPN's regarding medical care?
13              MR. SMOLEN:  Objection to the form.         12:50
14              THE WITNESS:  Correct.
15    Q    (By Mr. Miller)  Was a jailer entitled to        12:50
16  send someone to -- via EMS to emergency care if they
17  thought something was obviously wrong?                  12:50
18    A    They did.
19    Q    Would they even overrule nursing staff if        12:50
20  something was obvious?
21    A    That's possible.                                 12:50
22              MR. SMOLEN:  Objection to the form.
23    Q    (By Mr. Miller)  And you would agree that it     12:50
24  was policy of Muskogee County Jail to provide
25  appropriate medical care, correct?                      12:50
```

```
                                                           Page 111
 1     A    Correct.                                          12:51
 2     Q    And to send someone to receive emergency
 3   treatment if there was an emergency situation?           12:51
 4     A    Correct.
 5     Q    There was some discussion about whether --        12:51
 6   how you were monitoring whether or not Turn Key was
 7   there 24 hours a day.  Do you have any reason to think   12:51
 8   they weren't there 24 hours a day?
 9     A    No, I don't.                                      12:51
10     Q    As far as you knew, were they there 24 hours
11   a day?                                                   12:51
12     A    Yes, they were.
13     Q    The contract called for them to be 24 hours a     12:51
14   day?
15     A    Correct.                                          12:51
16     Q    If they weren't there 24 hours a day, would
17   they be violating the contract?                          12:51
18     A    They would.
19     Q    Until -- well, have you ever heard that they      12:51
20   weren't there 24 hours a day?
21     A    No, I didn't.                                     12:51
22     Q    You were asked about medical director ---
23   whether you knew about a medical director for Turn       12:51
24   Key?
25              MR. SMOLEN:  Object to the form.              12:51
```


Page 112

```
 1     Q    (By Mr. Miller)  Do you know who a medical      12:51
 2   director is or was or is that just something you don't
 3   know?                                                  12:52
 4     A    Well, a medical director would be somebody
 5   that's over whatever it is they're -- whatever agency  12:52
 6   --
 7     Q    Sure.                                           12:52
 8     A    -- or place they worked for.
 9     Q    If Dr. Cooper testified he was the medical      12:52
10   director, would you have any reason to disagree with
11   him?                                                   12:52
12     A    No.
13          MR. SMOLEN:  Objection to the form.             12:52
14     Q    (By Mr. Miller)  You were asked regarding the
15   nursing protocols and whether they were devised and    12:52
16   approved by a physician at Turn Key.  Did you ever
17   have any discussions with anyone at Turn Key about     12:52
18   their nursing protocols and who -- who approved or
19   denied them to the best of your memory?                12:52
20     A    Well, no, I mean...
21     Q    Sure.  I want to hit a different topic here.    12:53
22   Who was your assistant jail administrator?
23     A    Jeremy Garvin.                                  12:53
24     Q    Was Jeremy Garvin hired by you or was he
25   already there?                                         12:53
```

```
                                                          Page 113
 1     A    He was already there.                              12:53
 2     Q    What is your opinion of Mr. Garvin as an
 3   assistant jail administrator?                             12:53
 4     A    He was a great, great person to work with.
 5     Q    You left -- you retired again, right?              12:53
 6     A    I actually left and went to work for Wagner
 7   County and then retired.                                  12:53
 8     Q    Okay.  Did you leave the Muskogee County Jail
 9   voluntarily?                                              12:53
10     A    I did.
11     Q    Did you know at the time who was going to          12:53
12   replace you as jail administrator?
13     A    I did not.                                         12:53
14     Q    Were you surprised that it was Jeremy Garvin?
15     A    No, I was not.                                     12:53
16     Q    Why not?
17          THE COURT REPORTER:  Say it -- were you            12:53
18   surprised what?
19          MR. MILLER:  That it was Jeremy Garvin.            12:53
20          THE COURT REPORTER:  Okay.
21          THE WITNESS:  No, I was not.                       12:53
22     Q    (By Mr. Miller)  Why not?
23     A    He's just a great guy, qualified, has the          12:53
24   ability to -- to take care of that position.
25     Q    And he had been second in command both under       12:53
```

Electronically signed by Marisa Spalding (401-062-868-9834)                    78009f8f-b558-4b29-8fff-2d33a0a1a549

Page 114

1    you and also prior to you?                              12:53
2        A    Correct.
3        Q    Did you ever know Jeremy Garvin to be          12:53
4    untruthful or to -- or to lie about important things?
5        A    No.                                            12:54
6        Q    There's been a lot of discussion in this case
7    about a video.                                          12:54
8             MR. SMOLEN:  You mean the one that was
9    destroyed?                                              12:54
10            MR. MILLER:  Is that an objection to the
11   form?                                                   12:54
12            MR. SMOLEN:  No, you just said a video
13   as if it existed right now and I just was wondering if  12:54
14   you're talking about the one that was destroyed?
15       Q    (By Mr. Miller)  There's been discussion in    12:54
16   this case about a video.  What was the policy when you
17   were jail administrator regarding downloading a video   12:54
18   from any camera in the facility?
19            MR. SMOLEN:  After they received the           12:54
20   litigation hold or before?
21            MR. MILLER:  Is that an objection to the       12:54
22   form?
23            MR. SMOLEN:  No -- yeah, you need to           12:54
24   clarify if you're asking him about after he received a
25   litigation whether it's before --                       12:54

Page 115

| | | |
|---|---|---|
| 1 | MR. MILLER: Let's do both. | 12:54 |
| 2 | Q (By Mr. Miller) If you haven't received a -- | 12:54 |
| 3 | if you haven't received a letter, what -- what was the | 12:54 |
| 4 | policy in terms of downloading video? Let's say you | |
| 5 | haven't received any kind of records preservation | 12:54 |
| 6 | letter? | |
| 7 | A Well, in reference to what? | 12:55 |
| 8 | Q Well, would there be any circumstances where | |
| 9 | you would download a video without receiving a records | 12:55 |
| 10 | preservation letter? | |
| 11 | A We did. | 12:55 |
| 12 | Q Why would that be? | |
| 13 | A If you -- if you had got an incident report | 12:55 |
| 14 | of some sort and you wanted to -- you read the -- you | |
| 15 | read the incident report and you wanted to see | 12:55 |
| 16 | whatever occurred, you would -- we would look at it | |
| 17 | and -- because Jeremy -- Jeremy was the one who was | 12:55 |
| 18 | responsible, basically, for pulling those up for me in | |
| 19 | his office or my office so I could look at that video | 12:55 |
| 20 | and so could he. And then most of the time, because | |
| 21 | it perked our interest, we downloaded that DVD. | 12:55 |
| 22 | Q Okay. How about just someone being ill or | |
| 23 | having some kind of medical issue? Would that usually | 12:55 |
| 24 | make you download a video automatically without | |
| 25 | receiving a records preservation letter? | 12:55 |

```
                                                          Page 116
 1      A    It -- it would have to be something sig --        12:55
 2   significant.
 3      Q    Okay.  How about when you do receive a            12:55
 4   records preservation letter?  What do you do then?
 5      A    You download the -- you -- you save it to the     12:56
 6   system and then you download the DVD.
 7      Q    Who was that -- who was usually in charge of      12:56
 8   that?
 9      A    Jeremy.                                           12:56
10      Q    In your time with Jeremy Garvin, did you ever
11   know him to not do that if asked or if a records          12:56
12   preservation letter was received by him?
13      A    No, and I don't -- I don't remember what it       12:56
14   was for but he -- I remember him doing that for --
15   downloading for a -- a request.                           12:56
16      Q    Okay.  You don't have any personal knowledge
17   about the receipt of the records preservation letter      12:56
18   in this case, correct?
19      A    No.                                               12:56
20      Q    I want to talk a little bit about the video
21   and who can see it.  When cameras are there in the --     12:56
22   cameras are there at the facility.  Who has access to
23   watch the cameras?                                        12:56
24      A    To watch the cameras, it would be the two
25   towers.  It would be booking.  There was a security       12:57
```

Electronically signed by Marisa Spalding (401-062-868-9834)                    78009f8f-b558-4b29-8fff-2d33a0a1a549

Page 117

```
 1  office because I had ten full-time certified officers        12:57
 2  who worked for me.  Jeremy and me --
 3       Q    Is --                                              12:57
 4       A    -- to the best of my knowledge.
 5       Q    Is that a live feed, meaning you can watch it      12:57
 6  as it's live, happening?
 7       A    Live feeds.                                        12:57
 8       Q    Yes?
 9       A    Yes.                                               12:57
10       Q    Okay.  Who has -- who had the ability during
11  your tenure to go back and watch an older video?             12:57
12            MR. SMOLEN:  Objection to the form.  You
13  have not defined what older video means.                     12:57
14       Q    (By Mr. Miller)  A video that is not live,
15  from sometime prior to live?                                 12:57
16       A    To the best of my knowledge -- I mean, I -- I
17  think the deputies could but -- but I know Jeremy was        12:57
18  the only other person.
19       Q    Okay.  Where could you do that?  What room?        12:57
20       A    Well, when I was there, the -- the full-time
21  deputies had a -- a security office upstairs on the          12:57
22  second floor in Jeremy's office and my office.
23       Q    Okay.  And when you say full-time deputies,        12:57
24  do you mean certified peace officer deputies?
25       A    Yes.
```

```
                                                          Page 118
 1      Q    I -- for example, could a -- just a detention      12:58
 2   officer up in the tower, could they watch an old
 3   video, meaning not live?                                   12:58
 4      A    No.
 5      Q    Okay.  Did you have the ability to destroy a       12:58
 6   video?
 7      A    No.                                                12:58
 8      Q    Do you know whether that was even possible to
 9   actually delete a video?                                   12:58
10      A    You -- you couldn't delete a video --
11      Q    Okay.                                              12:58
12      A    -- until it rolled over on itself.
13      Q    Right.  How -- tell me about that process,         12:58
14   how that worked, the rolling over.
15      A    What -- whatever the time frame is -- and I        12:58
16   don't recall on that.  Whatever that time frame is in
17   that system that records, whether it's 45 days or          12:58
18   whatever it is that it's set in, it's going to roll
19   over and the rest -- everything is gone because it         12:58
20   starts over.
21      Q    And you said 45 days or what it's set at.          12:58
22   We've heard testimony from others that it's not a time
23   but rather an amount of footage, which is based on the     12:58
24   amount of movement; is that possible?
25                MR. SMOLEN:  Objection to the form.           12:59
```

```
                                                              Page 119
 1              THE WITNESS:  Yes.                              12:59
 2      Q    (By Mr. Miller)  And would you agree that if
 3   not affirmatively downloaded, it will roll over itself     12:59
 4   at some point?
 5      A    Correct.                                           12:59
 6      Q    So it doesn't take an intentional act to
 7   delete it; it will just disappear if not downloaded?       12:59
 8              MR. SMOLEN:   Object to the form.
 9              THE WITNESS:  True.                             12:59
10              MR. SMOLEN:  Are you talking about
11   intentionally not preserving it?                           12:59
12              MR. MILLER:  The question has been
13   answered.                                                  12:59
14              MR. SMOLEN:  Are you asking him if he
15   knows that if someone intentionally does not download      12:59
16   the video, that over time it will then be erased
17   because they allow it to continue to run?                  12:59
18              MR. MILLER:  You can ask on --
19              MR. SMOLEN:  I just -- is that the              12:59
20   question you asked him because I just -- I couldn't
21   tell.                                                      12:59
22              MR. MILLER:  Sure.  He doesn't like me.
23              MR. SMOLEN:  It's not that I don't like         12:59
24   you.  It's just that I think that sometimes you waste
25   people's time.                                             12:59
```