**EXHIBIT 30**

**VIDEO**

**(TO BE FILED CONVENTIONALLY)**