

## MUSKOGEE SHERIFF OFFICE
P.O. Box 2428 Muskogee, Oklahoma 74402
(918)682-7851

## MEDICAL QUESTIONNAIRE

**Booking Number** 2016-005176
**Booked Date** 11/3/2016  11:50
**Sex** Male

**Inmate Name** BUCHANAN, JAMES DOUGLAS
**Date Of Birth** 03/27/1962
**Race** White

### General Question

| Yes | No | Question |
|---|---|---|
| ☑ | ☐ | Do you have any other medical problems we should know about? |
|   |   | **Explaination:** BROKEN RIBS COLAPSED LUNG BURNT FINGERS NECK PROBLEMS |
| ☐ | ☑ | Do you have any problems or pain with your teeth? |
| ☐ | ☑ | Do you have any problems when you stop drinking or using drugs? |
| ☐ | ☑ | Have you ever attempted suicide or are you thinking about it now? |
| ☐ | ☑ | Have you ever been treated for drug/alcohol dependency? |
| ☐ | ☑ | Have you received any disability compensation in the last 18 months? |
| ☐ | ☑ | Have you recently been hospitalized or treated by a doctor? |
| ☐ | ☑ | In case of an emergency while in our care, who would you like us to contact? |
| ☐ | ☑ | What is your gang affiliation? |
| ☐ | ☑ | What is your religious preference? |

**Insurance**
**Doctor**

### Emergency Contact Person

**Relationship**  BROTHER
**Name**  BUCCHANAN, STAN
**Address**
**City**
**State**
**Zip**
**Phone**  (918)686-0556

I CERTIFY THAT I HAVE TRUTHFULLY ANSWERED THESE QUESTIONS ABOUT MY HEALTH.

_____            _____
Inmate's Signature                                                     Officer

_____
Date / Time

Exhibit 7

http://muskogeeso/PrintMedicalInquireForm.as... ......... ....... ...=117521         11/3/2016



**MUSKOGEE SHERIFF OFFICE**
P.O. Box 2428 Muskogee, Oklahoma 74402
(918)682-7851

# MEDICAL QUESTIONNAIRE

| | |
|---|---|
| Booking Number  2016-005176 | Inmate Name  BUCHANAN, JAMES DOUGLAS |
| Booked Date  11/3/2016  11:50 | Date Of Birth  03/27/1962 |
| Sex  Male | Race  White |

### Visual Assessment

| Yes | No | |
|---|---|---|
| ☐ | ☑ | Any signs of poor skin condition, vermin, rashes or needle marks? |
| ☐ | ☑ | Does inmate appear to be under the influence of drugs or alcohol? |
| ☐ | ☑ | Does inmate appear to have psychiatric problems? |
| ☐ | ☑ | Does inmate behavior suggest the risk of suicide or assault? |
| ☐ | ☑ | Does inmate have any physical deformities? |
| ☐ | ☑ | Does inmate have any visible signs of trauma, illness, obvious pain or bleeding, requiring immediate emergency or doctor's care? |
| ☐ | ☑ | Is inmate carrying medication? |

### Have you ever had / Do you have?

| Yes | No | |
|---|---|---|
| ☐ | ☑ | Asthma |
| ☐ | ☑ | Diabetes |
| ☐ | ☑ | Heart condition |
| ☐ | ☑ | Hepatitis |
| ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Mental Illness |
| ☐ | ☑ | Other |
| ☐ | ☑ | Seizures |
| ☐ | ☑ | STD |
| ☐ | ☑ | Tuberculosis |

### General Question

| Yes | No | |
|---|---|---|
| ☐ | ☑ | Are you a registered sex offender? |
| ☐ | ☑ | Are you allergic to any foods, drugs, or latex? |
| ☐ | ☑ | Are you presently under the influence of alcohol or drugs now? |
| ☑ | ☐ | Do you currently take any medication prescribed by a doctor?  **Explaination:** ANTI INFLAMATORY MUSCLE RELAXERS PAIN MEDS DR. TRINIDAD |
| ☐ | ☑ | Do you have a special diet prescribed by a physician? |

# PREA RISK ASSESSMENT

## POTENTIAL AGGRESSOR:

1. Have you ever been involved in an incident where you sexually abused other inmates?   Yes   No
2. Have you ever been involved in an incident where you sexually abused other people outside of prison?   Yes   No
3. Have you ever been involved in a violent offense?   Yes   No
4. Have you ever committed a violent offense within an institutional setting or jail?   Yes   No

**ASSESSMENT:** IF QUESTION 1 IS MARKED YES, OR IF ANY 3 OR MORE ARE YES, THEN NOTIFY JAIL ADMINISTRATION AND/OR MENTAL HEALTH OF INMATE'S POTENTIAL AS AN AGGRESSOR.

## POTENTIAL VICTIM:

1. Does Inmate appear to have or report a mental, physical, or developmental disability?   Yes   No
2. Have you ever been a victim of sexual abuse in prison or jail?   Yes   No
3. Have you ever been a victim of sexual abuse as an adult or child?   Yes   No
4. Is Inmate less that 21 years old or over 65 years old?   Yes   No
5. Is Inmate of slight physical stature? Male: less than 5' 6" and/or less than 140 lbs OR Female: less than 5' and/or less than 100 lbs.   Yes   No
6. Is this the first time you have been incarcerated?   Yes   No
7. Is the Inmate's Criminal History exclusively non-violent?   Yes   No
8. Are you gay/lesbian, bisexual, transgender, intersex or gender non-conforming?   Yes   No
9. Does Inmate have current or prior convictions for sex offenses against a child or adult?   Yes   No
10. Do you believe yourself to be vulnerable to being sexually abused in prison?   Yes   No

**ASSESSMENT:** IF QUESTION 1 OR 2 IS MARKED YES, OR IF ANY 3 OR MORE ARE YES, THEN NOTIFY JAIL ADMINISTRATION AND/OR MENTAL HEALTH OF INMATE'S POTENTIAL AS A VICTIM OF SEXUAL AGGRESSION.

Mental Health Notified:   Yes   No        Date/Time:_____

Jail Administration Notified:   No   Yes    Date/Time:_____