### TURN KEY HEALTH

## PROVIDER ORDERS

NAME: Buchanan, James   DOB: 3/27/63
ALLERGIES: NKDA   SS/INMATE#: _____

| DATE/TIME | PROVIDER ORDERS | NOTED BY / DATE / TIME |
|---|---|---|
| 11/4/16 1530 | TORB. Dr. Cooper<br>Naproxen 500mg 1 PO BID x 30 d | Sayers LP 11/4/16 1530 |
| 11/4/16 2010 | Send to ER for eval<br>TORB. Dr. Cooper | PKNP 11/4/16 2010 |

FAXED

Exhibit 9