# *Muskogee County Detention Center*

## 15-6        Inmate Medications

**15-6.1 PURPOSE:**
   To describe the use and control of medication in the jail.

**15-6.2 AUTHORITY:**
   Facility policy.

**15-6.3 DEFINITION:**
   <u>MARS</u>- Medical Administration Records System

**15-6.4 POLICY:**
   It is policy of the (MCDC) to have in place procedures that ensure the safe and secure use of necessary medications in support of the jail's health care program.

**15-6.5 PROCEDURES:**
   All jail procedures for handling medications will conform with the standards relating to dispensing, distributing, or administering medications.
   Medications in the possession of the inmate at the time of intake whether prescription or over-the-counter shall be logged, counted, and secured by the medical staff.  Medications in the possession of the inmate at the time of intake will be dispensed to the inmate during their incarceration as long as long as it is a valid prescription to that inmate and is allowed in this facility.
   All health care personnel will conform to the ordering and inventory procedures of (MCDC).  All additions, deletions, and substitutions for drugs maintained in the medical office will be approved by the medical staff.

   **A.   Prescription Practices**
      All prescriptions will be signed by a qualified health professional that is licensed and authorized to do so by the State of Oklahoma.  The inmate will be responsible for the actual cost of the prescription.
      When prescriptions are written for name brand medications and generic alternatives are available, medical staff will use the generic substitutes for the prescribed medications in accordance with pharmacy guidelines and approval by the licensed medical personal.
      Minor tranquilizers and analgesics will not be allowed inside this facility unless clinically indicated and prescribed by an emergency room physician.

   **B.   Psychotropic Medications**
      Psychotropic medications will be administered only after an examination by a licensed physician, when clinically indicated, and as part of an overall treatment strategy that is coordinated with qualified mental health professionals.
      When feasible, the inmate will be referred to a licensed psychiatrist for an evaluation of medication needs before any such prescription is issued.
      All psychotropic prescriptions will be issued for a fixed time period which should not exceed thirty days.  The inmate's condition will be reevaluated before the prescription

Exhibit 29

is renewed. Narcotics, methadone, sleep and Anxiety medications will not be administered in this facility.

## C. Medication Distribution

Prescription medications will only be provided by staff members to inmates only as directed by a qualified healthcare professional and only under orders of a licensed physician or a designated medical authority.

Detention officers and other security staff may distribute medications. They will only distribute medication previously prepared by certified medical staff. Security staff will insure all forms are completed as directed by facility medical staff. Security staff will complete facility approved MARS training.

The inmate shall be observed by jail staff to ensure that the inmate takes their prescribed medication.

Neither prescription nor over-the-counter medications shall be kept by a prisoner in a cell or dormitory with the exception of prescribed nitroglycerin tablets.

Over-the-counter medications may be administered if purchased through commissary in a pre-packaged dosage.

Only a physician may discontinue a course of medication.

The administration of all medications will be recorded on a form that will become a part of the inmate's permanent medical record. The administration or refusal of each dose will be documented with respect to the date and time of administration or refusal, and each instance will be signed or initialed by the person administering the medication.

Should an inmate refuse a prescribed medication, that inmate will be required to sign a refusal form approved by the medical supervisor (Attachment A). If the inmate refuses to sign the form, the form will be witnessed by a jail employee other than the jail employee responsible for administering the medication.

## D. Security and Storage of Controlled Substances

The security and control of medically necessary controlled substances will be the joint responsibility of the medical and jail staff.

Medications requiring refrigeration will be stored in a secure refrigerator in the medical office.

Needles, syringes, and emergency-use drugs will be stored in secure area.

**All controlled substances will be stored in a double locked and keyed container.**
Bulk storage of medications will be in a locked room located in an area inaccessible to inmates or unauthorized personnel. Access will be limited to medical personnel and the keys to this area will be restricted.

Over-the-counter medications will only be stored in limited supply in the medical cart.

## 15-6.6 REVIEW:
This policy will be reviewed at least annually by the Jail Administrator.

## 15-6.7 APPLICABILITY:
MCDC.

## 15-6.8 ATTACHMENTS:
Attachment A:     Medication Refusal Form

## 15-6.9 REFERENCES:
Jail Standards.