# EXHIBIT 31

**(PENDING MOTION TO BE FILED UNDER SEAL)**