IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JAMES D. BUCHANAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>(1) TURN KEY HEALTH CLINICS, LLC, )<br>(2) ROB FRAZIER, in his official capacity as )<br>Muskogee County Sheriff, )<br>(3) BOARD OF COUNTY COMMISSIONERS )<br>OF MUSKOGEE COUNTY, )<br>(4) DR. COOPER, and )<br>(5) KATIE MCCULLAR, LPN, )<br>)<br>Defendants. ) | Case No.: 18-CV-171-RAW |

**EXHIBITS IN SUPPORT OF DEFENDANT, TURN KEY HEALTH CLINICS, LLC MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AND BRIEF IN SUPPORT**

**Exhibit 3 Frank Greenhaw**

```
GREENHAW CHIROPRACTIC
1805 N. YORK
MUSKOGEE, OK 74403
(918)686-7107


                                                3584        3      10/21/17

DOUG (JAMES) BUCHANAN
4910 DENISON
MUSKOGEE, OK         74401
                                                         YAA



           This listing covers services to  9/21/2017    Prev.Bal.:      0.00
         The following debits have not yet been satisfied.
         Any displayed credits have been applied to prior debits.
10/21/16  99203    EXAMINATION                      3     100.00      100.00
10/21/16  97014    INTERFERENTIAL                   3      25.00      125.00
10/21/16  97010    HOT/COLD PACKS                   3      12.50      137.50
10/21/16  A4556    SMALL DISPOSABLE ELECTRODES      3      11.00      148.50
10/21/16  99070    BIOFREEZE                        3      14.00      162.50
10/21/16  99070    ICE PACK (TAKE HOME)             3      10.00      172.50
10/24/16  97014    INTERFERENTIAL                   3      25.00      197.50
10/24/16  97010    HOT/COLD PACKS                   3      12.50      210.00
10/24/16  A4556    SMALL DISPOSABLE ELECTRODES      3      11.00      221.00
10/26/16  97014    INTERFERENTIAL                   3      25.00      246.00
10/26/16  97010    HOT/COLD PACKS                   3      12.50      258.50
10/26/16  A4556    SMALL DISPOSABLE ELECTRODES      3      11.00      269.50
10/31/16  97014    INTERFERENTIAL                   3      25.00      294.50
10/31/16  97010    HOT/COLD PACKS                   3      12.50      307.00
10/31/16  A4556    SMALL DISPOSABLE ELECTRODES      3      11.00      318.00




     3584    09/21/17              10/21/17      .00    318.00          318.00

GREENHAW CHIROPRACTIC, 1805 N. YORK, MUSKOGEE, OK 74403
```

FRANK GREENHAW 001

Exhibit 3

# APPLICATION FOR TREATMENT

Date 10-21-16

Name Dud G Buchanan  Age 54  Birthdate ███
Address 4910 Denson  City Muskogee  State ___  ZIP Code 74401
Home Phone Number ███  Phone at Work ___  Referred to our office by ___
Check if you are:  Married ___  Single ✓  Widowed ___  Divorced ___  Separated ___
Employer ___  Occupation ___
Please describe the principal health problems for which you came to this office.
Neck + Shoulders

How and when did symptoms first occur? After car wreck
List any other doctors seen for these problems ___
List diagnosis(es) and type of treatment(s) ___

Does this interfere with your normal living and work? Yes ✓ No ___ In what way? I cant do much
Have you lost any days of work? Yes ✓ No ___ Dates Not working
Have you had similar symptoms or injuries before? Yes ___ No ✓ If yes, explain ___
List the names of any relatives that have or have had a similar problem   Stan Buchanan

Who is responsible for your bill? Self ___ Spouse ___ Employer ___ Insurance ✓ Other Attorney
How payment will be made:  Type of Insurance:
___ Cash  ___ Worker's Compensation  ___ Health Insurance
___ Check  ___ Automobile Ins. Policy
Name of Company and Address ___

## PAST HISTORY

Have you been treated for any health condition by a physician in the last year? Yes ✓ No ___
If yes, explain: Car wreck

Have you or any relative received Chiropractic treatment previously? Yes ___ No ✓ If yes, explain ___

List the approximate dates of any operations, unusal diseases, serious illnesses or accidents you have had (include any broken bones)
9-16-16

List all drugs or medication that you have used recently (i.e., aspirin, sleeping pills, birth control pills, etc.) 52 pills pain pills

Exhibit 3

FRANK GREENHAW 002
Frank Greenhaw 002

FAMILY HISTORY

Name of wife or husband _____ Ages of children _____
Spouse's Employer _____ Business Phone _____
Your nearest Relative _____
Relative's Address _____

Please mark your areas of pain on the figures below.

List the conditions that you are most interested in getting corrected. List in order of importance:
1. NECK
2. SHOULDERS
3. _____
4. _____

What functions are you unable to perform or induce pain upon performance? List in order of severity. (Example: sitting, walking, bending, lying down, etc.)
1. ALMOST ANYTHING
2. _____
3. _____
4. _____

FEES ARE PAYABLE AT THE TIME X-RAYS, EXAMINATIONS AND TREATMENTS ARE RECEIVED UNLESS OTHER ARRANGEMENTS ARE MADE IN ADVANCE. X-RAYS REMAIN THE PROPERTY OF THIS CLINIC. I HEREBY GIVE PERMISSION FOR TREATMENT.

Signature of Patient _____   Social Security Number [REDACTED]

Exhibit 3

FRANK GREENHAW 003
Frank Greenhaw 003

Patient Name: Buchanan          Date: 10/21/2016

## CHART NOTES

**O:** Pt hit by car while riding Bicycle. 9-16-16
Neck pain, upper Back pain,

**P:** better - Nothing
worse - ADL movement

**Q:** Intense pain, constant

**R:** Left arm to the hand - Lt worse
Right arm to the elbow

**S:** C/S T/S

**T:** Constant
Pt went to Eaststar ER, then to St Johns. - Stayed for 2 weeks.
Pt. has Fracture ribs on Left side.
See records
No metal

FRANK GREENHAW 004

Exhibit 3

# Greenhaw Chiropractic
## Treatment and Progress Notes
1805 North York St, Suite H
Muskogee, OK 74403
Telephone (918) 686-7107
Fax (918) 686-7125

PATIENT'S DAILY PROGRESS REPORT / TREATMENT NOTES / DOCUMENTATION

Patient's Name: BUCHANAN, JAMES Dous
(Please print) last  first

Date: 10-27-16

Please indicate precisely the area of your symptoms using "XXX" on the figures below

Progress Report _____

**Since your last visit**

| | | |
|---|---|---|
| Any NEW conditions? | Yes | No |
| New accident / injury? | Yes | No |
| Have you seen another doctor? | Yes | No |
| Have you missed work? | Yes | No |
| If you missed time from work are you still off? | Yes | No |
| Last date worked | | |

**Name your conditions in the spaces below:**

1. _____
2. _____
3. _____

**Please circle current pain level**
Better — Worse

1. 0 1 2 3 4 5 6 7 8 9 10 — Better Same Worse
2. 0 1 2 3 4 5 6 7 8 9 10 — Better Same Worse
3. 0 1 2 3 4 5 6 7 8 9 10 — Better Same Worse

Patient's Signature _____

Please Do not write below this line

**Areas of Therapy**

**Doctors Notes**

FRANK GREENHAW 005

Exhibit 3

# Greenhaw Chiropractic
## Treatment and Progress Notes
1805 North York St, Suite H
Muskogee, OK 74403
Telephone (918) 686-7107
Fax (918) 686-7125

PATIENT'S DAILY PROGRESS REPORT / TREATMENT NOTES / DOCUMENTATION

Patient's Name (Please print): BUCHANAN (last), DOUG (first)   Date: 10-31-16

Please indicate precisely the area of your symptoms using "XXX" on the figures below

Progress Report _____

**Since your last visit**
- Any NEW conditions? Yes / **No**
- New accident / injury? Yes / **No**
- Have you seen another doctor? Yes / **No**
- Have you missed work? Yes / **No**
- If you missed time from work are you still off? Yes / **No**
- Last date worked _____

**Name your conditions in the spaces below:**
1. ARM
2. NECK
3. SHOULDERS

**Please circle current pain level** (Better 0 – Worse 10)
1. 9/10 — Compared to last Visit: **Worse**
2. 9 — Compared to last Visit: **Same**
3. 9 — Compared to last Visit: **Same**

Patient's Signature _____

Please Do not write below this line

**Areas of Therapy**

**Doctors Notes**
Pt's Brother Stan called the office said Doug could not return for treatment because he was in jail.
11-4-16.

FRANK GREENHAW 006

Exhibit 3

# Greenhaw Chiropractic
## Treatment and Progress Notes
1805 North York St, Suite H
Muskogee, OK 74403
Telephone (918) 686-7107
Fax (918) 686-7125

PATIENT'S DAILY PROGRESS REPORT / TREATMENT NOTES / DOCUMENTATION

Patient's Name (Please print): BUCHANAN (last), JAMES (first)   Date: 10-26-16

Please indicate precisely the area of your symptoms using "XXX" on the figures below

Progress Report _____

### Since your last visit

| Question | Answer |
|---|---|
| Any NEW conditions? | No |
| New accident / injury? | No |
| Have you seen another doctor? | No |
| Have you missed work? | Yes |
| If you missed time from work are you still off? | No |
| Last date worked | _____ |

**Name your conditions in the spaces below:**

1. Neck & Shoulders — Pain level: 10 (Worse) — Compared to last Visit: Same
2. ____ — 4 — 
3. ____ — 

Patient's Signature _____

*Please Do not write below this line*

---

### Areas of Therapy

### Doctors Notes
_____
_____
_____
_____
_____
_____
_____

FRANK GREENHAW 007

Exhibit 3

# Greenhaw Chiropractic
## Treatment and Progress Notes
1805 North York St, Suite H
Muskogee, OK 74403
Telephone (918) 686-7107
Fax (918) 686-7125

PATIENT'S DAILY PROGRESS REPORT / TREATMENT NOTES / DOCUMENTATION

Patient's Name  BUCHANAN  JAMES  Date 10-24-18
(Please print)     last          first

Please indicate precisely the area of your symptoms using "XXX" on the figures below

Progress Report _____

**Since your last visit**

Any NEW conditions?   Yes   No
New accident / injury?   Yes   (No)
Have you seen another doctor?   Yes   (No)
Have you missed work?   Yes   (No)
If you missed time from work are you still off?   (Yes)   No
Last date worked  AUGUST

Name your conditions in the spaces below:

1. NECK
2. SHOULDERS
3. _____

Please circle current pain level
Better                                    Worse
0 1 2 3 4 5 6 7 8 9 (10)
0 1 2 3 4 5 6 7 8 9 (10)
0 1 2 3 4 5 6 7 8 9 10

Compared to last Visit
Better   Same   (Worse)
Better   Same   (Worse)
Better   Same   Worse

Patient's Signature _____

Please Do not write below this line

**Areas of Therapy**

**Doctors Notes**

FRANK GREENHAW 008

Exhibit 3

Kenneth R. Trinidad, D.O.
1006 West 23rd Street
Tulsa, Oklahoma 74107

918-742-4881
FAX: 918-742-5854

## INITIAL EVALUATION

### October 27, 2016

**PATIENT:** Buchanan, Doug
**54468**

**HISTORY:** Doug Buchanan is a 54-year-old male who gives a history of injuries that occurred in a bicycle/motor vehicle accident on or about September 16, 2016. The patient was hit from behind and was knocked to the ground. He lost consciousness at the scene. He injured his neck, upper back, left chest and left shoulder. He was taken by ambulance to Eastar Medical Center. X-rays and CAT scans were obtained. He was transferred to Saint Francis Hospital in Tulsa and was hospitalized for two weeks. He had left rib fractures with a pneumothorax and a chest tube was placed. He also had neck and back injuries. He was placed on medicines. He returned home to Muskogee and saw Dr. Frank Greenhaw, a chiropractic physician, and has been on treatment.

**PRESENT SYMPTOMS:** Mr. Buchanan complains of constant pain and spasm in his neck and upper to mid-back with pain and paresthesias into the left arm. He has moderate to severe headaches associated with the neck injury. He has pain and stiffness in his left shoulder with crepitance and restricted movement and weakness in the shoulder.

**PAST PERSONAL HISTORY:** In 1965, at age three, he was run over and had a right tibia fracture. In 1976, he had a motorcycle accident and had a right wrist fracture, left femur and left tibia fracture. He had a motor vehicle accident in 1985 with a sternal fracture. He had a left wrist fracture at age 14. His past medical history is unremarkable. His past surgical history includes thoracostomy tube and left leg traction. He has no allergies to medicines. He is currently taking no medications. His social history reveals that he was working at Whitlock Packing full-time, but has been off since the accident.

**PHYSICAL EXAMINATION:** A physical examination performed in my office on this date revealed his vital signs to be stable, height 5' 10" and weight 140 pounds. In general, the patient was a 54-year-old male who was alert and cooperative. Examination of his left shoulder revealed tenderness over the bicipital groove. There was crepitance in the shoulder with movement. There was weakness in the

FRANK GREENHAW 009

Exhibit 3

Buchanan, Doug
October 27, 2016
Chart Number: 54468
Page Two

muscles of the shoulder girdle on the left to resistance testing. Range of motion testing of the left shoulder revealed flexion 150 degrees, extension 20 degrees, abduction 120 degrees, adduction 50 degrees, internal rotation 30 degrees and external rotation 50 degrees. He is left hand dominant.

**CERVICAL SPINE:** Musculoskeletal examination revealed tenderness and spasm from C1 through C7 bilaterally. Range of motion testing in the cervical spine revealed flexion to be 30 degrees, extension 20 degrees, right lateral bending 20 degrees, left lateral bending 20 degrees, right rotation 30 degrees and left rotation 30 degrees.

**THORACIC SPINE:** Examination of the thoracic spine revealed tenderness and spasm from T1 through T10 bilaterally. The remainder of the examination was noncontributory.

**RADIOGRAPHS:** Radiographs will be reviewed at a later date from St. John Medical Center.

**IMPRESSIONS:**
1. Acute cervical and thoracic spine injury, left shoulder injury, left rib fractures with pneumothorax, posttraumatic headaches resulting from a bicycle/motor vehicle accident of September 16, 2016.

**PLAN:**
1. Naproxen 500 mg twice a day with food as an anti-inflammatory.
2. Robaxin 500 mg one-half to one tablet 3-4 times daily as a muscle relaxant.
3. Norco 10 mg as needed for pain.
4. Continue treatment with Dr. Greenhaw.
5. I will reevaluate his status in two weeks.

I declare under penalty of perjury that I have examined the above report and the statements contained herein and, to the best of my knowledge and belief, they are true, correct, and complete.

*[signature: Kenneth R. Trinidad, D.O.]*

Kenneth R. Trinidad, D.O.
KRT: ldc

FRANK GREENHAW 010

Exhibit 3

Patient Name **Buchanan**          Date **10/21/2016**

## CHART NOTES

**O:** Pt hit by car while riding Bicycle. 9-16-16
Neck pain, upper back pain.

**P:** better - Nothing
worse - AOL movement

**Q:** Intense pain, constant

**R:** Left arm to the hand - Lt worse
Right arm to the elbow

**S:** C/S T/S

**T:** Constant
Pt went to Eaststar ER, then to
St Johns. - Stayed for 2 weeks.
Pt has Fracture ribs on Left side.
See records
No metal

FRANK GREENHAW 011

Exhibit 3

# APPLICATION FOR TREATMENT

Date 10-21-16

Name DOUG BUCHANAN  Age 54  Birthdate ███
Address 4910 DENSON  City MUSKOGEE  State ___  ZIP Code 74401
Home Phone Number ███  Phone at Work ___  Referred to our office by ___
Check if you are: Married___ Single ✓ Widowed___ Divorced___ Separated___
Employer ___  Occupation ___
Please describe the principal health problems for which you came to this office. NECK + SHOULDERS

How and when did symptoms first occur? AFTER CAR WRECK
List any other doctors seen for these problems ___
List diagnosis(es) and type of treatment(s) ___

Does this interfere with your normal living and work? Yes ✓ No___ In what way? I CANT DO MUCH
Have you lost any days of work? Yes ✓ No___ Dates NOT WORKING
Have you had similar symptoms or injuries before? Yes___ No ✓ If yes, explain ___
List the names of any relatives that have or have had a similar problem SEAN BUCHANAN

Who is responsible for your bill?  Self___  Spouse___  Employer___  Insurance ✓  Other ATTORNEY
How payment will be made:  Type of Insurance:
___ Cash  ___ Worker's Compensation  ___ Health Insurance
___ Check  ___ Automobile Ins. Policy
Name of Company and Address ___

## PAST HISTORY

Have you been treated for any health condition by a physician in the last year? Yes ✓ No___
If yes, explain: CAR WRECK

Have you or any relative received Chiropractic treatment previously? Yes___ No ✓ If yes, explain ___

List the approximate dates of any operations, unusal diseases, serious illnesses or accidents you have had (include any broken bones) 9-16-16

List all drugs or medication that you have used recently (i.e., aspirin, sleeping pills, birth control pills, etc.) 5L PILLS PAIN PILLS

## FAMILY HISTORY

Name of wife or husband Ø  Ages of children ___
Spouse's Employer ___  Business Phone ___
Your nearest Relative ___
Relative's Address ___

Please mark your areas of pain on the figures below.

List the conditions that you are most interested in getting corrected. List in order of importance:
1. NECK
2. SHOULDERS
3. ___
4. ___

What functions are you unable to perform or induce pain upon performance? List in order of severity. (Example: sitting, walking, bending, lying down, etc.)
1. ALMOST ANYTHING
2. ___
3. ___
4. ___

FEES ARE PAYABLE AT THE TIME X-RAYS, EXAMINATIONS AND TREATMENTS ARE RECEIVED UNLESS OTHER ARRANGEMENTS ARE MADE IN ADVANCE. X-RAYS REMAIN THE PROPERTY OF THIS CLINIC. I HEREBY GIVE PERMISSION FOR TREATMENT.

Signature of Patient _[signature]_  Social Security Number ███

Exhibit 3

FRANK GREENHAW 012
Frank Greenhaw 012

10/31/16

**SUBJECTIVE**
1. See pain chart on front
2. See Doctor's notes
3. New areas of Symptomatology
   - Headaches    Cervical
   - Thoracic     Lumbar
   - Shoulder     Arm
   - Wrist        Hand
   - Leg          Knee
   - Ankle        Foot
   - Other_____

**OBJECTIVE**
1. Posture Analysis_____
2. Gait: Antalgic / Normal / Improved
3. Palpation C/T/L Lesions
   _____
   _____
4. Spasm C/T/L  L/R Bilateral
5. Short Leg L / R
   1/8  1/4  1/2  1"
6. Short Arm L / R
   1/8  1/4  1/2  1"
7. Trigger points_____
8. ROM C/T/L Improved / WNL
   Restricted: all planes/flex/ext
   L Rot / R Rot / L L Flex / R L Flex
9. Pain Algometer_____
10. X-ray (See Report)
11. Reflex(es)_____
12. Pain_____ Asymmetry_____
    Restriction_____ Tone_____
13. See Exam Form

**Chiropractic Manipulative Treatment**
Spinal: Cervical Thoracic Lumbar
Sacral Pelvic
**Extraspinal:** Head__ TMJ__
Shoulder__ Elbow__ Wrist__ Hand__
Finger__ Rib__ Hip__ Knee__
Ankle__ Foot__ Toe__

**PROGNOSIS**
1. Long term / short term
2. Excellent
3. Good
4. Fair
5. Poor
6. Guarded
7. MCI/MMI
8. Expected residual impairment
9. Too soon to tell
10. Unknown
11. Patient decided not to follow thru w/recommended treatment therefore long-term prognosis is unknown.

**ASSESSMENT**
1. Progress as expected
2. Progress slow but steady
3. Progress faster than expected
4. Progress slower than expected
5. Immediate improvement with treatment
6. Patient setback attributed to:
   - re-injury     new injury
   - fatigue       lifestyle
   - chronicity    overuse
   - instability   overload
   - pregnancy     superimposed injury
7. Adjustment is holding longer
8. Pt not responding to treatment as expected
9. Pt has new condition., see Dr. notes, history

**THERAPY - LOCATION/SETTING**
C/ / Hot/Cold pack __/__ IS Traction
_/_ Diathermy __/__ Long axis traction
_/_ EMS-High volt __/__ US
C/ / EMS - Interferential __/__ US/HVG comb

**TECHNIQUE** 12
Activator_____ High velocity thrust

**PLAN**
1. Initial working Diagnosis
2. Change in working Diagnosis
3. Order initial x-rays
4. Re-x-ray
5. X-ray new region of complaint
6. Treatment
   Therapeutic
   Elective
   Maintenance
7. Continue / discontinue treatment
8. Change / reduce / increase treatment
9. Patient given Report of Findings
10. Patient will return for ROF
11. Patient given therapeutic exercise
12. Patient told to use ice (20 min. BID)
13. Patient told to use moist / dry heat (30 min. BID)
14. Patient given pamphlet
15. Patient given restrictions of physical activities – see notes
16. Patient referred for evaluation / Treatment
17. Referred fir special diagnostic imaging: CT / MRI_____
18. Patient referred for rehab
_____
_____
_____

Doctor's Signature _____     M T W T F 1W 2W 3W_____ 1M_____
New Diagnosis _____ Amt. Paid _____

| Evaluation/Management New Patient | Radiology (Continued) | Therapeutic Procedures (Each 15 Minutes) | Special Services and Reports |
|---|---|---|---|
| 1. 99201 Brief | 20. 72110 L/S Min. 4 Views | 38. 97110 Therapeutic Exercise | 54. 99052 Services between 10:00 PM & 8:00 AM |
| 2. 99202 Limited | 21. 72114 L/S complete w/ Bending | 39. 97112 Neuromuscular Re-Ed | 55. 99054 Services on Sundays & Holidays |
| 3. 99203 Intermediate | 22. 72120 L/S Bending only Min 4 view | 40. 97113 Aquatic Exercises | |
| 4. 99204 Extended | 23. 76140 Consultation on x-ray | 41. 97116 Gait Training | 56. 99070 Supplies_____ |
| 5. 99205 Comprehensive | **Chiropractic Manipulative Treatment** | 42. 97124 Ther. Massage | 57. 99070 Supplies_____ |
| **Evaluation/Management Estab. Patient** | 24. 98940 CMT Spinal 1-2 Regions | 43. 97139 Unlisted Ther. Procedure | 58. 99075 Medical Testimony |
| 6. 99211 Minimal | 25. 98941 CMT Spinal 3-4 Regions | 44. 97140 Manual Therapy Tech. | **Other** |
| 7. 99212 Limited | 26. 98942 CMT Spinal 5 Regions | 45. 97150 Ther. Proceed. Group | 59. L0120 Cervical Collar Foam |
| 8. 99213 Intermediate | 27. 98943 Extraspinal, 1or more reg. | 46. 97504 Orthotics Fitting & Train | 60. L0140 Cervical Collar Plastic |
| 9. 99214 Extended | **Physical Medicine Modalities** | 47. 97530 Therapeutic Activities | 61. L0210 Thoracic Rib Belt |
| 10. 99215 Comprehensive | **Supervised** | **Tests and Measurements** | 62. L0315 Thoracic Lumbar-Sacral orthosis |
| **Radiology** | 28. 97010 Hot or Cold Packs | **(Each 15 minutes)** | |
| 11. 72010 Full Spine A-P/Lat. | 29. 97012 Traction Mechanical | 48. 97750 Physical Performance Test | 63. L0515 Lumbar-Sacral Orth. flexible ribbed |
| 12. 72020 Spine, single view | 30. 97014 Elec. Stim (unattended) | **Other Procedures** | |
| | 31. 97016 Vasopneumatic Devices | 49. 97799 Unlisted Phys. Proceed. | 64. L1800 Knee Orthosis, Elastic with stays |
| 13. 72040 Cervical 2-3 views | 32. 97024 Diathermy | | |
| 14. 72050 Cervical series min 4 views | **Constant Attendance (Each 15 Min)** | 50. 99078 Physician Education | 65. L3030 Foot Orthotic |
| 15. 72052 Cervical Complete Inc Flex/Ext | 33. 97032 Elec. Stimulation (Man) | **Special Services and Reports** | 66. L3350 Heel Wedge |
| 16. 72070 Thoracic 2 views | 34. 97033 Iontophoresis | 51. 99080 Special reports | 67. _____ |
| 17. 72080 Thoracolumbar 2 views | 35. 97034 Contrast Baths | 52. 99002 Handling Orthotics | |
| 18. 72090 Scoliosis study, supine and erect | 36. 97035 Ultrasound | 53. 99050 Ser_____ Of. Hrs. 69. | |
| 19. 72100 Lumbosacral 2-3 views | 39 Unlisted | | |

FRANK GREENHAW 013

Exhibit 3

10/26/16

**SUBJECTIVE**
1. See pain chart on front
2. See Doctor's notes
3. New areas of Symptomatology
   - Headaches    Cervical
   - Thoracic     Lumbar
   - Shoulder     Arm
   - Wrist        Hand
   - Leg          Knee
   - Ankle        Foot
   - Other _____

**OBJECTIVE**
1. Posture Analysis _____
2. Gait (Antalgic) / Normal / Improved
3. Palpation (C/T/L) Lesions _____
4. Spasm (C/T/L) L/R Bilateral
5. Short Leg L / R
   1/8  1/4  1/2  1"
6. Short Arm L / R
   1/8  1/4  1/2  1"
7. Trigger points _____
8. ROM (C/T/L) Improved / WNL
   Restricted: all planes/flex/ext
   L.Rot / R.Rot / L.L.Flex / R.L.Flex
9. Pain Algometer _____
10. X-ray (See Report)
11. Reflex(es) _____
12. Pain _____ Asymmetry _____
    Restriction _____ Tone _____
13. See Exam Form

**Chiropractic Manipulative Treatment**
Spinal: Cervical Thoracic Lumbar Sacral Pelvic
Extraspinal: Head__ TMJ__ Shoulder__ Elbow__ Wrist__ Hand__ Finger__ Rib__ Hip__ Knee__ Ankle__ Foot__ Toe__

**PROGNOSIS**
1. Long term / short term
2. Excellent
3. Good
4. Fair
5. Poor
6. Guarded
7. MCI/MMI
8. Expected residual impairment
9. Too soon to tell
10. Unknown
11. Patient decided not to follow thru w/recommended treatment therefore long-term prognosis is unknown.

**ASSESSMENT**
1. Progress as expected
2. Progress slow but steady
3. Progress faster than expected
4. Progress slower than expected
5. Immediate improvement with treatment
6. Patient setback attributed to:
   - re-injury     new injury
   - fatigue       lifestyle
   - chronicity    overuse
   - instability   overload
   - pregnancy     superimposed injury
7. Adjustment is holding longer
8. Pt not responding to treatment as expected
9. Pt has new condition, see Dr. notes, history

**THERAPY - LOCATION/SETTING**
C/T/L Hot/Cold pack __/__ IS Traction
__/__ Diathermy    __/__ Long axis traction
__/__ EMS-High volt __/__ US
T/ EMS - Interferential __/__ US/HVG comb

**TECHNIQUE**
Activator    High velocity thrust

**PLAN**
1. Initial working Diagnosis
2. Change in working Diagnosis
3. Order initial x-rays
4. Re-x-ray
5. X-ray new region of complaint
6. Treatment
   Therapeutic
   Elective
   Maintenance
7. Continue / discontinue treatment
8. Change / reduce / increase treatment
9. Patient given Report of Findings
10. Patient will return for ROF
11. Patient given therapeutic exercise
12. Patient told to use ice (20 min. BID)
13. Patient told to use moist / dry heat (30 min. BID)
14. Patient given pamphlet
15. Patient given restrictions of physical activities – see notes
16. Patient referred for evaluation / Treatment
17. Referred fir special diagnostic imaging: CT / MRI
18. Patient referred for rehab

Doctor's Signature _____    M T W T F 1W 2W 3W ____ 1M ____
New Diagnosis _____    Amt. Paid ____

**Evaluation/Management New Patient**
1. 99201 Brief
2. 99202 Limited
3. 99203 Intermediate
4. 99204 Extended
5. 99205 Comprehensive

**Evaluation/Management Estab. Patient**
6. 99211 Minimal
7. 99212 Limited
8. 99213 Intermediate
9. 99214 Extended
10. 99215 Comprehensive

**Radiology**
11. 72010 Full Spine A-P/Lat.
12. 72020 Spine, single view
13. 72040 Cervical 2-3 views
14. 72050 Cervical series min 4 views
15. 72052 Cervical Complete Inc Flex/Ext
16. 72070 Thoracic 2 views
17. 72080 Thoracolumbar 2 views
18. 72090 Scoliosis study, supine and erect
19. 72100 Lumbosacral 2-3 views

**Radiology (Continued)**
20. 72110 L/S Min. 4 Views
21. 72114 L/S complete w/ Bending
22. 72120 L/S Bending only Min 4 view
23. 76140 Consultation on x-ray

**Chiropractic Manipulative Treatment**
24. 98940 CMT Spinal 1-2 Regions
25. 98941 CMT Spinal 3-4 Regions
26. 98942 CMT Spinal 5 Regions
27. 98943 Extraspinal, 1 or more reg.

**Physical Medicine Modalities**
Supervised
28. 97010 Hot or Cold Packs
29. 97012 Traction Mechanical
30. 97014 Elec. Stim (unattended)
31. 97016 Vasopneumatic Devices
32. 97024 Diathermy

**Constant Attendance (Each 15 Min)**
33. 97032 Elec. Stimulation (Man)
34. 97033 Iontophoresis
35. 97034 Contrast Baths
36. 97035 Ultrasound
39. Unlisted

**Therapeutic Procedures (Each 15 Minutes)**
38. 97110 Therapeutic Exercise
39. 97112 Neuromuscular Re-Ed
40. 97113 Aquatic Exercises
41. 97116 Gait Training
42. 97124 Ther. Massage
43. 97139 Unlisted Ther. Procedure
44. 97140 Manual Therapy Tech.
45. 97150 Ther. Proceed. Group
46. 97504 Orthotics Fitting & Train
47. 97530 Therapeutic Activities

**Tests and Measurements (Each 15 minutes)**
48. 97750 Physical Performance Test

**Other Procedures**
49. 97799 Unlisted Phys. Proceed.
50. 99078 Physician Education

**Special Services and Reports**
51. 99080 Special reports
52. 99002 Handling Orthotics
53. 99050 Ser___ Hrs___

**Special Services and Reports**
54. 99052 Services between 10:00 PM & 8:00 AM
55. 99054 Services on Sundays & Holidays
56. 99070 Supplies
57. 99070 Supplies
58. 99075 Medical Testimony

**Other**
59. L0120 Cervical Collar Foam
60. L0140 Cervical Collar Plastic
61. L0210 Thoracic Rib Belt
62. L0315 Thoracic Lumbar-Sacral orthosis
63. L0515 Lumbar-Sacral Orth. flexible ribbed
64. L1800 Knee Orthosis, Elastic with stays
65. L3030 Foot Orthotic
66. L3350 Heel Wedge
67. _____
68. _____

FRANK GREENHAW 014

Exhibit 3

### SUBJECTIVE
1. See pain chart on front
2. See Doctor's notes
3. New areas of Symptomatology
   - Headaches    Cervical
   - Thoracic     Lumbar
   - Shoulder     Arm
   - Wrist        Hand
   - Leg          Knee
   - Ankle        Foot
   - Other_____

### OBJECTIVE
1. Posture Analysis
2. Gait Antalgic / Normal / Improved
3. Palpation (C)/T/L Lesions
   _____
   _____
4. Spasm (C/T/L) L/R Bilateral
5. Short Leg L / R
   1/8   1/4   1/2   1"
6. Short Arm L / R
   1/8   1/4   1/2   1"
7. Trigger points
8. ROM C/T/L Improved / WNL
   Restricted: all planes/flex/ext
   L.Rot /R.Rot/L.L.Flex /R.L.Flex
9. Pain Algometer_____
10. X-ray (See Report)
11. Reflex(es) _____
12. Pain _____ Asymmetry _____
    Restriction _____ Tone _____
13. See Exam Form

### Chiropractic Manipulative Treatment
**Spinal:** Cervical Thoracic Lumbar Sacral Pelvic
**Extraspinal:** Head__ TMJ__ Shoulder__ Elbow__ Wrist__ Hand__ Finger__ Rib__ Hip__ Knee__ Ankle__ Foot__ Toe__

### PROGNOSIS
1. Long term / short term
2. Excellent
3. Good
4. Fair
5. Poor
6. Guarded
7. MCI/MMI
8. Expected residual impairment
9. Too soon to tell
10. Unknown
11. Patient decided not to follow thru w/recommended treatment therefore long-term prognosis is unknown.

### ASSESSMENT
1. Progress as expected
2. Progress slow but steady
3. Progress faster than expected
4. Progress slower than expected
5. Immediate improvement with treatment
6. Patient setback attributed to:
   - re-injury       new injury
   - fatigue         lifestyle
   - chronicity      overuse
   - instability     overload
   - pregnancy       superimposed injury
7. Adjustment is holding longer
8. Pt not responding to treatment as expected
9. Pt has new condition, see Dr. notes, history

### THERAPY - LOCATION/SETTING
- C/P Hot/Cold pack__/__ IS Traction
- /__ Diathermy __/__ Long axis traction
- /__ EMS-High volt __/__ US
- C/P EMS - Interferential __/__ US/HVG comb

### TECHNIQUE
Activator      High velocity thrust

### PLAN
1. Initial working Diagnosis
2. Change in working Diagnosis
3. Order initial x-rays
4. Re-x-ray
5. X-ray new region of complaint
6. Treatment
   - Therapeutic
   - Elective
   - Maintenance
7. Continue / discontinue treatment
8. Change / reduce / increase treatment
9. Patient given Report of Findings
10. Patient will return for ROF
11. Patient given therapeutic exercise
12. Patient told to use ice (20 min. BID)
13. Patient told to use moist / dry heat (30 min. BID)
14. Patient given pamphlet
15. Patient given restrictions of physical activities -- see notes
16. Patient referred for evaluation / Treatment
17. Referred fir special diagnostic imaging: CT / MRI _____
18. Patient referred for rehab
_____
_____
_____

Doctor's Signature _____    M T W T F 1W 2W 3W _____ 1M _____
New Diagnosis                                       Amt. Paid

**Evaluation/Management New Patient**
1. 99201 Brief
2. 99202 Limited
3. 99203 Intermediate
4. 99204 Extended
5. 99205 Comprehensive

**Evaluation/Management Estab. Patient**
6. 99211 Minimal
7. 99212 Limited
8. 99213 Intermediate
9. 99214 Extended
10. 99215 Comprehensive

**Radiology**
11. 72010 Full Spine A-P/Lat.
12. 72020 Spine, single view
13. 72040 Cervical 2-3 views
14. 72050 Cervical series min 4 views
15. 72052 Cervical Complete Inc Flex/Ext
16. 72070 Thoracic 2 views
17. 72080 Thoracolumbar 2 views
18. 72090 Scoliosis study, supine and erect
19. 72100 Lumbosacral 2-3 views

**Radiology (Continued)**
20. 72110 L/S Min. 4 Views
21. 72114 L/S complete w/ Bending
22. 72120 L/S Bending only Min 4 view
23. 76140 Consultation on x-ray

**Chiropractic Manipulative Treatment**
24. 98940 CMT Spinal 1-2 Regions
25. 98941 CMT Spinal 3-4 Regions
26. 98942 CMT Spinal 5 Regions
27. 98943 Extraspinal, 1or more reg.

**Physical Medicine Modalities**
**Supervised**
28. 97010 Hot or Cold Packs
29. 97012 Traction Mechanical
30. 97014 Elec. Stim (unattended)
31. 97016 Vasopneumatic Devices
32. 97024 Diathermy

**Constant Attendance (Each 15 Min)**
33. 97032 Elec. Stimulation (Man)
34. 97033 Iontophoresis
35. 97034 Contrast Baths
36. 97035 Ultrasound
39 Unlisted

**Therapeutic Procedures (Each 15 Minutes)**
38. 97110 Therapeutic Exercise
39. 97112 Neuromuscular Re-Ed
40. 97113 Aquatic Exercises
41. 97116 Gait Training
42. 97124 Ther. Massage
43. 97139 Unlisted Ther. Procedure
44. 97140 Manual Therapy Tech.
45. 97150 Ther. Proceed. Group
46. 97504 Orthotics Fitting & Train
47. 97530 Therapeutic Activities

**Tests and Measurements (Each 15 minutes)**
48. 97750 Physical Performance Test

**Other Procedures**
49. 97799 Unlisted Phys. Proceed.
50. 99078 Physician Education

**Special Services and Reports**
51. 99080 Special reports
52. 99002 Hand__ Orthotics
53. 99050 Ser_____

**Special Services and Reports**
54. 99052 Services between 10:00 PM & 8:00 AM
55. 99054 Services on Sundays & Holidays
56. 99070 Supplies
57. 99070 Supplies_____
58. 99075 Medical Testimony

**Other**
59. L0120 Cervical Collar Foam
60. L0140 Cervical Collar Plastic
61. L0210 Thoracic Rib Belt
62. L0315 Thoracic Lumbar-Sacral orthosis
63. L0515 Lumbar-Sacral Orth. flexible ribbed
64. L1800 Knee Orthosis, Elastic with stays
65. L3030 Foot Orthotic
66. L3350 Heel Wedge
67. _____
68. _____

FRANK GREENHAW 015

Exhibit 3

## SUBJECTIVE
1. See pain chart on front
2. See Doctor's notes ⟵
3. New areas of Symptomatology
   - Headaches    Cervical
   - Thoracic    Lumbar
   - Shoulder    Arm
   - Wrist    Hand
   - Leg    Knee
   - Ankle    Foot
   - Other_____

## OBJECTIVE
1. Posture Analysis
2. Gait: (Antalgic) / Normal / Improved
3. Palpation (C/T/L) Lesions _____
4. Spasm (C/T/L) L/R Bilateral
5. Short Leg L / R
   1/8   1/4   1/2   1"
6. Short Arm L / R
   1/8   1/4   1/2   1"
7. Trigger points
8. ROM (C/T/L) Improved / WNL
   Restricted: all planes/flex/ext
   L.Rot / R.Rot / LL Flex / RL Flex
9. Pain Algometer _____
10. X-ray (See Report)
11. Reflex(es) _____
12. Pain _____ Asymmetry _____
    Restriction _____ Tone _____
13. See Exam Form

## Chiropractic Manipulative Treatment
**Spinal:** Cervical Thoracic Lumbar
Sacral Pelvic
**Extraspinal:** Head__ TMJ__
Shoulder__ Elbow__ Wrist__ Hand__
Finger__ Rib__ Hip__ Knee__
Ankle__ Foot__ Toe__

## PROGNOSIS
1. Long term / short term
2. Excellent
3. Good
4. Fair
5. Poor
6. Guarded
7. MCI/MMI
8. Expected residual impairment
9. Too soon to tell ⟵
10. Unknown
11. Patient decided not to follow thru w/recommended treatment therefore long-term prognosis is unknown.

## ASSESSMENT
1. Progress as expected ⟵
2. Progress slow but steady
3. Progress faster than expected
4. Progress slower than expected
5. Immediate improvement with treatment
6. Patient setback attributed to:
   - re-injury    new injury
   - fatigue    lifestyle
   - chronicity    overuse
   - instability    overload
   - pregnancy    superimposed injury
7. Adjustment is holding longer
8. Pt not responding to treatment as expected
9. Pt has new condition, see Dr. notes, history

## THERAPY - LOCATION/SETTING
- (C/T/L) Hot/Cold pack /__ IS Traction
- __/ Diathermy    __/ Long axis traction
- __/ EMS-High volt    __/ US
- (T/L) EMS - Interferential  __/ US/HVG comb

## TECHNIQUE
Activator        High velocity thrust

## PLAN
1. Initial working Diagnosis
2. Change in working Diagnosis
3. Order initial x-rays
4. Re-x-ray
5. X-ray new region of complaint
6. Treatment ⟵
   Therapeutic ⟵
   Elective
   Maintenance
7. Continue / discontinue treatment
8. Change / reduce / increase treatment
9. Patient given Report of Findings
10. Patient will return for ROF
11. Patient given therapeutic exercise
12. Patient told to use ice (20 min. BID)
13. Patient told to use moist / dry heat (30 min. BID)
14. Patient given pamphlet
15. Patient given restrictions of physical activities – see notes
16. Patient referred for evaluation / Treatment ⟵
17. Referred for special diagnostic imaging: CT / MRI _____
18. Patient referred for rehab

Doctor's Signature _____    M T W T F  1W 2W 3W _____  1M _____
New Diagnosis  847.0 CAD Grade II  847.1, 847.2  728.65    Amt. Paid _____

### Evaluation/Management New Patient
1. 99201   Brief
2. 99202   Limited
3. 99203   Intermediate
4. 99204   Extended
5. 99205   Comprehensive

### Evaluation/Management Estab. Patient
6. 99211   Minimal
7. 99212   Limited
8. 99213   Intermediate
9. 99214   Extended
10. 99215   Comprehensive

### Radiology
11. 72010   Full Spine A-P/Lat.
12. 72020   Spine, single view
13. 72040   Cervical 2-3 views
14. 72050   Cervical series min 4 views
15. 72052   Cervical Complete Inc Flex/Ext
16. 72070   Thoracic 2 views
17. 72080   Thoracolumbar 2 views
18. 72090   Scoliosis study, supine and erect
19. 72100   Lumbosacral 2-3 views

### Radiology (Continued)
20. 72110   L/S Min. 4 Views
21. 72114   L/S complete w/ Bending
22. 72120   L/S Bending only Min 4 view
23. 76140   Consultation on x-ray

### Chiropractic Manipulative Treatment
24. 98940   CMT Spinal 1-2 Regions
25. 98941   CMT Spinal 3-4 Regions
26. 98942   CMT Spinal 5 Regions
27. 98943   Extraspinal, 1or more reg.

### Physical Medicine Modalities
**Supervised**
28. 97010   Hot or Cold Packs ⟵
29. 97012   Traction Mechanical
30. 97014   Elec. Stim (unattended) ⟵
31. 97016   Vasopneumatic Devices
32. 97024   Diathermy

**Constant Attendance (Each 15 Min)**
33. 97032   Elec. Stimulation (Man)
34. 97033   Iontophoresis
35. 97034   Contrast Baths
36. 97035   Ultrasound
39. Unlisted

### Therapeutic Procedures
(Each 15 Minutes)
38. 97110   Therapeutic Exercise
39. 97112   Neuromuscular Re-Ed
40. 97113   Aquatic Exercises
41. 97116   Gait Training
42. 97124   Ther. Massage
43. 97139   Unlisted Ther. Procedure
44. 97140   Manual Therapy Tech.
45. 97150   Ther. Proceed. Group
46. 97504   Orthotics Fitting & Train
47. 97530   Therapeutic Activities

### Tests and Measurements
(Each 15 minutes)
48. 97750   Physical Performance Test

### Other Procedures
49. 97799   Unlisted Phys. Proceed.
50. 99078   Physician Education

### Special Services and Reports
51. 99080   Special reports
52. 99002   Handling Orthotics
53. 99050   Ser__

### Special Services and Reports
54. 99052   Services between 10:00 PM & 8:00 AM
55. 99054   Services on Sundays & Holidays
56. 99070   Supplies _____
57. 99070   Supplies _____
58. 99075   Medical Testimony

**Other**
59. L0120   Cervical Collar Foam
60. L0140   Cervical Collar Plastic
61. L0210   Thoracic Rib Belt
62. L0315   Thoracic Lumbar-Sacral orthosis
63. L0515   Lumbar-Sacral Orth. flexible ribbed
64. L1800   Knee Orthosis, Elastic with stays
65. L3030   Foot Orthotic
66. L3350   Heel Wedge
67. Heel Pad  60
68. S.I.  2000

FRANK GREENHAW 016

Exhibit 3