IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JAMES D. BUCHANAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 18-CV-171-RAW |
| | ) |
| (1) TURN KEY HEALTH CLINICS, LLC, | ) |
| (2) ROB FRAZIER, in his official capacity as | ) |
| Muskogee County Sheriff, | ) |
| (3) BOARD OF COUNTY COMMISSIONERS | ) |
| OF MUSKOGEE COUNTY, | ) |
| (4) DR. COOPER, and | ) |
| (5) KATIE MCCULLAR, LPN, | ) |
| | ) |
| Defendants. | ) |

**EXHIBITS IN SUPPORT OF DEFENDANT, TURN KEY HEALTH CLINICS, LLC MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AND BRIEF IN SUPPORT**

**Exhibit 9 Cooper Deposition**

Page 72

1         THE WITNESS:  No.
2     Q   (By Mr. Smolen)  Okay.  Did anyone tell
3  you on 11/11/16 that Mr. Buchanan had been seen
4  and was found to have a decreased range of
5  motion in his upper and lower extremities?
6     A   Not that I recall.
7     Q   Had you been told that, would you have
8  taken additional steps at that time?
9         MR. MILLER:  Object to the form.
10        MR. YOUNG:  Object to the form.
11        THE WITNESS:  Not if the complaint
12 was decreased range of motion.
13    Q   (By Mr. Smolen)  Okay.  Why not?
14    A   Because decreased range of motion is
15 usually secondary to arthritis.
16    Q   That's a -- from a physician's
17 standpoint you think a decreased range of motion
18 is secondary to arthritis?
19    A   Yes.
20    Q   You can't think of any other reasons for
21 decreased range of motion?
22        MR. MILLER:  Object to the form.
23        MR. YOUNG:  Object to the form.
24        THE WITNESS:  I can think of other
25 reasons, but that would have been the top thing

```
                                                    Page 98
 1   if all he was doing was complaining of pain.
 2        Q    Well, that's not all he was complaining
 3   of, was it?
 4        A    Well, all -- when he first came in he
 5   was.
 6        Q    No, he was complaining of decreased
 7   range of motion?
 8        A    When he first came in?
 9        Q    Yeah.
10             MR. YOUNG:  Look at the intake form.
11             THE WITNESS:  Okay.  Are you on 1,
12   009?
13             THE WITNESS:  Yeah, I got increased
14   discomfort in movement.
15        Q    (By Mr. Smolen)  You don't think that
16   there's an increased discomfort in movement?
17        A    That -- that's very common in people
18   that have been in a motor-vehicle accident
19   recently.
20        Q    That it's increasing?
21             MR. MILLER:  Object to the form.
22             MR. YOUNG:   Object to the form.
23             THE WITNESS:  During movement, yes.
24        Q    (By Mr. Smolen)  Over the time that --
25   that the pain is increased and you think that is
```

Electronically signed by Marisa Spalding (401-062-868-9834)   fb5f5035-09b5-4fa8-ad7e-d4639ef12220

Exhibit 9