IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JAMES D. BUCHANAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 18-CV-171-RAW |
| | ) |
| (1) TURN KEY HEALTH CLINICS, LLC, | ) |
| (2) ROB FRAZIER, in his official capacity as | ) |
| Muskogee County Sheriff, | ) |
| (3) BOARD OF COUNTY COMMISSIONERS | ) |
| OF MUSKOGEE COUNTY, | ) |
| (4) DR. COOPER, and | ) |
| (5) KATIE MCCULLAR, LPN, | ) |
| | ) |
| Defendants. | ) |

**EXHIBITS IN SUPPORT OF DEFENDANT, TURN KEY HEALTH CLINICS, LLC MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AND BRIEF IN SUPPORT**

**Exhibit 14 Turn Key Contract**

**FILED UNDER SEAL**