Sick Call
11/4/16

| | |
|---|---|
| Ballard, Maurice | 1 |
| Delgado, Rafael | 1 |
| Reynolds, Kenneth | 1 |
| Diamond, Shawn | 5 |
| Morton, Alvantez | 6 |
| Buchanan, James | 6 |
| Meza, Carlos | 7 |
| Harjo, Elijah | 7 |
| Rhoades, Billy | 9 |
| Morris, David | 10 |

---

| | |
|---|---|
| Smith, Jennifer | ndtx |
| Birdtail, Matilda | S1 |

PLAINTIFF'S
EXHIBIT
8
tabbies

# Sick Call

11/05/16

Lewis, Theoplis 1
Godsey, Jarrod 1
Ballard, Maurice 1
Mullican, Matthew 5
Harjo, Elijah 7

---

Hawkins, Rebecca N1
Parks, Angela S1
Smith, Jennifer N1

Sick call 11-06-16

Royse, marvin - DTX * intake
Ashby, Tonya - NDTX * intake
Gorden, carrie - NDTX * broken toe
Potts, Rachel - NI * lower back
Hall, Jamie - NI * hand
Buchanon, James - 6 * shoulder pain
Burright, Cynthia - SI * broken hand
Haco, Elijah - * breathing tx
Parks, Angela - SI * breathing tx

Sick call - 11/10/16

- Meikle, Shaina - S1 - sore throat
- Stanton, Nathanial - 6 - dizzy
- Braham, Robert - 1 - tooth
- Walker, Eduardo - SOTx - tooth
- Guthrie, Bart - 4 - gums
- Condi, Michael - DTx - sick
- Morning, Kimberly - NDTx - UA
- Ballard, Maurice - 1 - breathing tx
- McElwee, Terence - 7 - breathing tx.

Sick call 11/14/16

- Hawkins, Rebecca (N1)
- Haley, Elizabeth (N1)
- Williams, Tamika (ND)
- Parks, Angela (S1)
- Bortey, Stacey (S1)
- Groom, Shalene (S1)
- Cross, Adrian (8)
- Harjo, Elijah (7)
- Wilson, Trisha (S1)