# TURN KEY HEALTH

## PROVIDER ORDERS

NAME: Buchanan, James   DOB: ▮▮▮▮   SS/INMATE# ▮▮▮▮
ALLERGIES: NKDA

| DATE/TIME | PROVIDER ORDERS | NOTED BY / DATE / TIME |
|---|---|---|
| 11/4/16 1530 | T.O.rb. Dr. Cooper<br>Naproxen 500mg 1 PO<br>BID × 30 d | Sayers LP<br>11/4/16 1530 |
| 11/4/16 2010 | Send to ER for eval<br>T.O.rb. Dr Cooper | RN [illegible]<br>11/4/16 2010 |

FAXED

PLAINTIFF'S EXHIBIT 9

DDR #1, 011

# MEDICAL PROGRESS NOTE FORM
(ALL PATIENT ENCOUNTERS REQUIRE SOAPE FORMAT)

NAME: Buchanan, James  DOB: [redacted]  SS/INMATE# _____

ALLERGIES: NKDA

| DATE/TIME | CLINICAL NOTE |
|---|---|
| 11/14/16 1127 | I was called to inmate's pod because pt could not walk. When I arrived to pod, inmate was sitting at table c̄ his head down. Inmate complained of worsening pain & inability to move lower extremeties. Also c/o of tingling in legs. Notified Dr. Cooper who instructed me to place inmate on provider list for upcoming week. Requested records f/ recent hospitalization. Will continue to monitor. —K. McClellan, LPN |

# MEDICAL PROGRESS NOTE FORM
(ALL PATIENT ENCOUNTERS REQUIRE SOAPE FORMAT)

NAME: Buchanan, James   DOB: [redacted]   SS/INMATE#: _____

ALLERGIES: _____

| DATE/TIME | CLINICAL NOTE |
|---|---|
| 11/14/16 2010p | Called to Pod 1 by D.O. Inmate sitting @ table head on table. Post MVA 9/16/16 — Presents w/ ↓ R.O.M all extremities ↓ R.O.M. to neck. C/O 10/10 pain. ↑ HR 116 BP 139/93 SpO2 fluctuating between 84–90% R/A. Patient had no control over urinating & had urinated on self & floor. Current medication is Naproxen 500 P.O BID. Dr. Cooper notified of above & order received to send to ER for evaluation. EMS arrived & transported to WCH ER as Eastar is on divert. — RK |
| 11/14/16 2255p | Main Control notified Medical Patient had been admitted to WCH & OR'D out — [signature] |

TURN KEY HEALTH