**PLAINTIFF'S EXHIBIT 19**

| Date | Name | POD | Complaint | Schedule | |
|---|---|---|---|---|---|
| 11/9/16 | [redacted] | 2 | pain under ribs | 11/11/16 | |
| | [redacted] | N1 | MH meds | 11/15/16 11/29/16 | |
| | [redacted] | 8 | ↑ meds | 11/15/16 | |
| | [redacted] | 7 | MH meds | 11/15/16 | |
| | [redacted] | 2 | Heartburn meds Refused | 11/15/16 | |
| 11/10/16 | [redacted] | ND | csection wound infected | 11/11/16 | |
| 11/11/16 | [redacted] | 1 | F/u T. Dr. Cooper per Lela | 11/15/16 | |
| 11/11/16 | Buchanan, James | 1 | ↓ R.O.M. ↑ extremities / neck limited R.O.M. — pain | 11/15/16 | on 64 admitted |
| 11/12/16 | [redacted] | 2 | ↑ meds & back pain | 11/15/16 | |
| | [redacted] | | meds | 11/15/16 11/29/16 | |
| | [redacted] | 5 | Muscle spasms Refused | 11/18/16 11/17/16 | |
| | [redacted] | 9 | MH meds | 11/15/16 | |
| | [redacted] | 10 | Diabetic meds | 11/16/15 | |
| 11/13/16 | [redacted] | S1 | Hand not any better | 11/17/16 | |
| | [redacted] | 2 | Remron & working | 11/17/16 | |
| 11/14/16 | [redacted] | ND | meds & suicide watch | 11/17/16 | |
| | [redacted] | 10 | meds — Released | | |
| | [redacted] | 3 | meds Refused | 11/22/16 | |
| | [redacted] | N1 | meds / female problems | 11/17/16 | |
| | [redacted] | S1 | meds Refused | 11/17/16 | |
| | [redacted] | 10 | Eye severly swollen getting worse | 11/17/16 | |

**DDR 30, 515**