# United States District Court

---------------------- EASTERN DISTRICT OF OKLAHOMA----------------------

JAMES D. BUCHANAN,

        Plaintiffs,

v.                                    Case No:   18-cv-171-JFH

TURN KEY HEALTH CLINICS, LLC,
ANDY SIMMONS, BOARD OF COUNTY
COMMISSIONERS OF MUSOGEE COUNTY,
DR. WILLIAM COOPER, and KATIE
McCULLAR, LPN

        Defendants,

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order filed on June 8, 2022, Doc. 220, Defendants' Motions for Summary Judgment, Docs. 133, 134, 136, 137, and 138, are all GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Sanctions, Doc. 135, is DENIED AS MOOT.

IT IS FURTHER ORDERED that Plaintiff's Motions to Exclude Evidence or Testimony, Docs. 150, 152, 153, 15, 155, and 217 are DENIED AS MOOT.

This case is closed.

 June 8, 2022                                                                                
       Date                                                           CLERK OF THE DISTRICT COURT

                                                                    by:  s/  Cindy McKee
                                                                                 Deputy Clerk